**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INTEREST OF A.M.M.      :   No. 1 MM 2021
     :
     :
PETITION OF: M.P.M, FATHER      :
     :
IN THE INTEREST OF C.P.M.      :
     :
     :
PETITION OF FATHER: M.P.M., FATHER      :

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 20th day of January, 2021, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.